**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-6016**

_____

LEO BRANDON FARNSWORTH,

        Plaintiff - Appellant,

    v.

UNITED STATES OF AMERICA DEPARTMENT OF THE TREASURY,

        Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Arenda L. Wright Allen, District Judge.  (2:22-cv-00511-AWA-DEM)

_____

Submitted:  September 16, 2025              Decided:  October 17, 2025

_____

Before NIEMEYER and HARRIS, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Leo Brandon Farnsworth, Appellant Pro Se.  Ellen Page DelSole, Carl D. Wasserman, Rachel Ida Wollitzer, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Leo Brandon Farnsworth appeals the district court's order dismissing his civil action for failure to prosecute. We previously remanded the case to the district court for the limited purpose of allowing the court to rule on a pending Fed. R. Civ. P. 59(e) motion to alter or amend the judgment. On remand, the court granted Farnsworth's Rule 59(e) motion, vacated its dismissal order, and reopened the case. *See Farnsworth v. U.S. Dep't of Treas.*, No. 2:22-cv-00511-AWA-DEM (E.D. Va. filed June 3, 2024 & entered June 4, 2024). Farnsworth's appeal of that dismissal order is therefore moot. *See Fleet Feet, Inc. v. NIKE, Inc.*, 986 F.3d 458, 463 (4th Cir. 2021) ("If an event occurs during the pendency of an appeal that makes it impossible for a court to grant effective relief to a prevailing party, then the appeal must be dismissed as moot." (citation modified)); *see also Fort Knox Music Inc. v. Baptiste*, 257 F.3d 108, 110 (2d Cir. 2001) (explaining that because "a vacated judgment has no effect," an appeal from a vacated judgment is moot (citation modified)).

We therefore dismiss the appeal as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*